UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

ROOSEVELT WATTS,

        Petitioner,

v.

HEIDI WASHINGTON et al.,

        Respondents.

_____/

Case No. 2:20-cv-79

Honorable Paul L Maloney

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's request for preliminary injunctive relief is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:   August 4, 2020                  /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge