UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

ROOSEVELT WATTS,

        Petitioner,              Case No. 2:20-cv-79

v.                                    Honorable Paul L Maloney

HEIDI WASHINGTON et al.,

        Respondents.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated:  August 4, 2020                        /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge